Rachel Blackburn, as Administratrix of the Estate of Joseph B. Blackburn, Deceased, Respondent, *v.* International Acheson Graphite Company, Appellant.

*Blackburn* v. *International Acheson Graphite Co.*, 160 App. Div. 912, affirmed.

(Argued January 7, 1915; decided January 26, 1915.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 6, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer.

*Alfred W. Gray* for appellant.

*Augustus Thibaudeau* and *Eugene M. Ashley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Willard Bartlett, Ch. J., Hiscock, Chase, Collin, Hogan, Miller and Cardozo, JJ.